IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RELIANCE PHARMACEUTICALS, LLC
d/b/a MED-SEARCH,

Plaintiff,

v.

ST. ELIZABETH'S HOSPITAL
OF THE HOSPITAL OF SISTERS
OF THE THIRD ORDER OF
ST. FRANCIS,

Defendant.                                                             No. 08-0690-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. Today, Plaintiff filed its amended complaint (Doc. 25). Thus, the Court **DENIES as moot** Defendant's motion to dismiss (Doc. 12).

**IT IS SO ORDERED.**

Signed this 5th day of January, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**