IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RELIANCE PHARMACEUTICALS, LLC
d/b/a MED-SEARCH,

Plaintiff,

v.

ST. ELIZABETH'S HOSPITAL
OF THE HOSPITAL OF SISTERS
OF THE THIRD ORDER OF
ST. FRANCIS,

Defendant.                                              No. 08-0690-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On July 14, 2009, Plaintiff filed a second amended complaint (Doc. 50). Thereafter on July 23, 2009, Defendant filed a motion to dismiss second amended complaint (Doc. 51). Thus, the Court **DENIES as moot** Defendant's motion to dismiss amended complaint (Doc. 32).

**IT IS SO ORDERED.**

Signed this 27th day of July, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**