IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RELIANCE PHARMACEUTICALS, LLC**
**d/b/a MED-SEARCH,**

**Plaintiff,**

**v.**

**ST. ELIZABETH'S HOSPITAL**
**OF THE HOSPITAL OF SISTERS**
**OF THE THIRD ORDER OF**
**ST. FRANCIS,**

**Defendant.**                                             No. 08-0690-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' November 3, 2009 stipulation for dismissal (Doc. 59). Based on the stipulation, the Court **DISMISSES with prejudice** Plaintiff's cause of action with each party to bear its own costs. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 4th day of November, 2009.

/s/   *David R. Herndon*
**Chief Judge**
**United States District Court**