IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RELIANCE PHARMACEUTICALS, LLC
d/b/a MED-SEARCH,

    Plaintiff,

v.

ST. ELIZABETH'S HOSPITAL
OF THE HOSPITAL OF SISTERS
OF THE THIRD ORDER OF
ST. FRANCIS,

    Defendant.                    No. 08-0690-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed by the parties on November 3, 2009.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 4, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


BY:    /s/*Sandy Pannier*
                Deputy Clerk

Dated: November 4, 2009


APPROVED: /s/ *David R Herndon*
           CHIEF JUDGE
           U. S. DISTRICT COURT